# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

            Petitioner,

v.

**HUMANA, INC.**,

            Respondent.

Misc. Case No. 17-mc-01465-ESH-GMH

## JOINT MOTION FOR CONTINUANCE

The parties to this miscellaneous proceeding have conferred in an effort to resolve the issues raised in this proceeding and jointly request entry of the attached Order. The parties currently expect that further invention of the Court will be unnecessary, and will advise the Court of the status by no later than July 10, 2017.

            Respectfully submitted,

*/s/ Burke W. Kappler*  
Burke W. Kappler  
Attorney, Office of General Counsel  
Federal Trade Commission  
600 Pennsylvania Avenue, N.W.  
Washington, D.C. 20580  
202-326-2043  
202-326-2477 (fax)  
bkappler@ftc.gov  

*Counsel for Federal Trade Commission*

*/s/ Richard W. Smith*  
Richard W. Smith  
Wiley Rein LLP  
1776 K Street, N.W.  
Washington, D.C. 20006  
202-719-7468  
202-719-7049 (fax)  
rwsmith@wileyrein.com  

*Counsel for Humana, Inc.*