# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

          Petitioner,

v.

**HUMANA, INC.**,

          Respondent.

Misc. Case No. 17-mc-01465-ESH-GMH

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Federal Trade Commission hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Respondent.

    Respectfully submitted,

    DAVID C. SHONKA
    Acting General Counsel
    (D.C. Bar No. 224576)

    LESLIE RICE MELMAN
    Assistant General Counsel for Litigation
    (D.C. Bar No. 266783)

    */s/ Burke W. Kappler*
    BURKE W. KAPPLER
    Attorney, Office of General Counsel
    (D.C. Bar No. 471936)

    FEDERAL TRADE COMMISSION
    600 Pennsylvania Ave., N.W.
    Washington, D.C. 20580
    Tel:  (202) 326-2043 (Kappler)
    Fax:  (202) 326-2477
    E-mail: bkappler@ftc.gov

Dated:  June 30, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I served the foregoing Notice of Voluntary Dismissal upon Richard W. Smith, counsel for Respondent Humana, Inc., by filing this Notice with the Court's CM/ECF. I further certify that I provided Mr. Smith a copy of the Notice by e-mail to rwsmith@wileyrein.com.

                                     */s/ Burke W. Kappler*
                                     BURKE W. KAPPLER
                                     Attorney

                                     FEDERAL TRADE COMMISSION
                                     600 Pennsylvania Ave., N.W.
                                     Washington, DC 20580
                                     Tel.: (202) 326-2043
                                     Fax: (202) 326-2477
                                     Email: bkappler@ftc.gov

Dated: June 30, 2017